**Dismissed; Opinion Filed April 26, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-19-00010-CV
_____

**BRIAN WEST, Appellant**
**V.**
**READY ROOFING AND RENOVATION, LLC, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-01846-2018**

# MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Nowell

The clerk's record in this appeal was due on April 5, 2019. On April 8, 2019, the Collin County District Clerk notified the Court that the clerk's record had not been filed because appellant had not yet paid for the record. In light of this, we directed appellant to provide the Court, by April 19, 2019, with written verification that payment or payment arrangements had been made with the district clerk or written documentation that appellant had been found to be entitled to proceed without payment of costs. *See* TEX. R. APP. P. 35.3(a)(2). We cautioned appellant that the failure to do so might result in the appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Three days later, appellant's attorney filed a letter stating that "Appellant has not paid the fees and costs associated with this appeal to date, or delivered those funds to counsel to make payment from."

Because appellant has not paid or made arrangements to pay for the clerk's record or shown he was entitled to proceed without payment of costs, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

_/Erin A. Nowell/_
ERIN A. NOWELL
JUSTICE

190010F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BRIAN WEST, Appellant

No. 05-19-00010-CV      V.

READY ROOFING AND RENOVATION, LLC, Appellee

On Appeal from the 401st Judicial District Court, Collin County, Texas
Trial Court Cause No. 401-01846-2018.
Opinion delivered by Justice Nowell,
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of prosecution.

It is **ORDERED** that appellee READY ROOFING AND RENOVATION, LLC recover its costs, if any, of this appeal from appellant BRIAN WEST.

Judgment entered this 26th day of April, 2019.